```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )        4:06CR3042
       v.                      )
                               )
JOSHUA VINSON,                 )
                               )            ORDER
            Defendant.         )
                               )
```

The Order Setting Conditions of Release, filing 9, ordered the defendant to post bond by 4:00 p.m., today. Defendant's counsel has orally requested additional time because of the current and predicted weather conditions.

IT THEREFORE HEREBY IS ORDERED,

Defendant's unopposed oral motion is granted and the deadline for posting of the bond is extended to March 23, 2006 at 4:00 p.m.

DATED this 20th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge