IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06CR3042 |
| ) | |
| JOSHUA VINSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Plea Hearing, filing 13, from June 21, 2006, for approximately 30 days. The Defendant continues to express a willingness to plead guilty, but needs additional time to reach a plea agreement with the United States Attorney. The Government has no objection to the requested continuance. Based on the defendant's showing, I find the motion should be granted.

IT IS THEREFORE ORDERED that the defendant's plea hearing shall be continued until July 21, 2006, at 2:00 p.m. The defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's plea hearing. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, said continuance shall be excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 20th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*

The Honorable David L. Piester
United States Magistrate Judge