```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3042 |
| v. | ) | |
| | ) | |
| JOSHUA VINSON, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

In light of the report of the pretrial services officer's investigation of the proposed living arrangement,

IT IS ORDERED, the oral motion of defendant to move from the Whitney House is denied.

DATED this 25th day of August, 2006.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge