IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )           4:06 CR 3042
                                    )
         v.                         )
                                    )
                                    )
JOSHUA VINSON,                      )         MEMORANDUM AND ORDER
                                    )
                Defendant.          )


         Defendant has moved for a change in residence.  Although the
government opposes the motion, their objections are not supported,
in that the incident described was a considerable length of time
ago, and there is no indication whether Ms. Harris was charged or
the disposition of any such charges.  The United States Pretrial
Services officer has not opposed the defendant's change of
residence pending his self surrender.


         IT THEREFORE HEREBY IS ORDERED:  The motion to amend
conditions of release, filing 42, is granted.



         DATED December 27, 2006



                              BY THE COURT:


                              s/ David L. Piester
                              United States Magistrate Judge