IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:06CR3042 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JOSHUA VINSON, | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant Vinson's unopposed motion to release appearance and compliance bond (filing 45) is granted. The Clerk of Court shall refund and return the $1,000 cash bond deposit to Joshua Vinson.

March 12, 2007.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge

1